RUBY PINKNEY AND MICHELLE PINKNEY, APPELLANTS-
APPELLANTS, v. STATE OF NEW JERSEY, DEPART-
MENT OF INSTITUTIONS AND AGENCIES, DIVISION
OF WELFARE, *ET AL.*, RESPONDENTS-RESPONDENTS.

Argued April 15, 1975—Decided April 15, 1975.

*Mr. Alan S. Ziegler* argued the cause for appellants, (*Mr. Donald W. Ruff,* Newark Legal Services, attorney.)

*Mr. Stephen Skillman,* Assistant Attorney General, and *Mr. Francis P. Meehan,* counsel for Essex County Welfare Board, argued the cause for respondents, (*Mr. William F. Hyland,* Attorney General of New Jersey, attorney.)

PER CURIAM. The dismissal by the Appellate Division is vacated, and the matter is remanded for a "fair hearing" before the Division of Public Welfare during the week of April 28, 1975. The matter is to be accelerated for argument before the Appellate Division after the "fair hearing" before the Division of Public Welfare.

*For remandment*—Justices MOUNTAIN, SULLIVAN, PASH-MAN, CLIFFORD and SCHREIBER and Judge CONFORD—6.

*Opposed*—None.